STATE of Missouri, Respondent,

v.

Richard BUTTERS, Defendant/Appellant.

No. ED 75444.

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 19, 1999.

Matthew J. O'Connor, Kimberley A. Gale, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kristin M. Frazier, Asst. Atty. Gen., Jefferson City, for respondent.

Before: RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr.J.

### ORDER

**PER CURIAM.**

Defendant appeals from the judgment entered on a jury verdict finding him guilty of two counts of delivery of a controlled substance in violation of Section 195.211 RSMo 1994 on which he was sentenced as a prior and persistent offender to consecutive terms of ten years and twenty years.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).